JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　v.<br>$30,000.00 IN U.S. CURRENCY,<br>$5,808.00 IN U.S. CURRENCY, AND<br>$3,773.00 IN U.S. CURRENCY,<br>　　　　　　　Defendants. | Case No. EDCV 16-086 JGB (DTBx)<br><br>JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed September 19, 2016, Plaintiff United States of America's Motion for Default Judgment is GRANTED. The defendant currency in the amounts of $30,0000, $5,808.00, and $3,773.00 is hereby forfeited to the Government, pursuant to 21 U.S.C. § 881(a)(6).

Judgment is entered in favor of Plaintiff United States of America.

Dated: September 19, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge